Marshall, CJ., Kinkade, Robinson, Matthias, Day and Allen, JJ., concur.

## VOYTKO v BUNTING, et

Ohio Supreme Court
No 22107.  Decided May 21, 1930

Kinkade, Matthias and Allen, JJ., concur.

## WYMER-HARRIS CONSTRUCTION CO v GLASS, Admr, etc.

Ohio Supreme Court
No 22056.  Decided May 21, 1930

Marshall, CJ., Kinkade, Jones, Matthias, Day and Allen, JJ., concur.

## HOCKING VALLEY RY CO v WYKLE

Ohio Supreme Court
No 22149.  Decided May 21, 1930

## MARTIN V. HOWELL v EMILY D. HOWELL, et

Ohio Supreme Court
No 22081.  Decided May 21, 1930

Marshall, CJ., Robinson, Jones and Matthias, JJ., concur.